**Nicholas AMATO v. UNITED STATES of America.**

No. 7329.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

George S. Fitzgerald, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed on court's own motion.

**AMERICAN LAUNDRY MACHINERY CO. v. PROSPERITY COMPANY, Inc.**

No. 6813.

Circuit Court of Appeals, Sixth Circuit.

Feb. 5, 1936.

Peck, Shaffer & Williams and Allen & Allen, all of Cincinnati, Ohio, for appellant.

Brockett, Hyde, Higley & Meyer, of Cleveland, Ohio, Bohleber & Ledbetter, of New York City, and Wood & Wood, of Cincinnati, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

**AMERICAN STEEL & WIRE COMPANY OF NEW JERSEY et al., Appellants, v. BUNTING HARDWARE COMPANY.**

No. 10682.

Circuit Court of Appeals, Eighth Circuit.

June 5, 1936.

Harlan L. Hackbert, of Chicago, Ill., for appellants.

Roscoe C. Van Valkenburgh, of Kansas City, Mo., for appellee.

PER CURIAM.

Petition for leave to appeal from order of United States District Court denied.

**ANGELL NAIL & CHAPLET COMPANY v. FANNER MFG. CO.**

No. 7246.

Circuit Court of Appeals, Sixth Circuit.

May 6, 1936.

Bates, Golrick & Teare, of Cleveland, Ohio, for appellant.

Kwis, Hudson & Kent, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to motion of appellant.